DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| In re: | Case No.: 10-1-3416AJ13 |
|---|---|
| CRAIG R. BEMENT<br>3045 STADIUM AVE<br>NAPA, CA 94558<br><br>###-##-1500<br>Debtor(s). | Chapter 13<br><br>NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**341 MEETING OF CREDITORS:**
Date:   10/19/2010
Time:   1:00 PM
Place:  Office of the United States Trustee
        777 Sonoma Ave., First Floor, #116
        Santa Rosa, CA  95404

**CONFIRMATION HEARING:**
Date:   11/15/2010
Time:   1:30 PM
Place:  United States Bankruptcy Court
        99 South E Street
        Santa Rosa, CA  95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. The Trustee requests copies of Debtor's payment advices received in the last six months prior to the filing of the Bankruptcy (March 2010 through August 2010), or, in the alternative, a Debtor's declaration that details why pay advices cannot be provided.

2. Schedule J reflects an expense of $1,800.00 a month for "Alimony, maintenance and support paid to others".  The Trustee requests verification of said monthly expense.

3. Schedule I reflects a deduction in the amount of $519.35 for a 401k contribution. The Trustee requests that Debtor provide the most recent statement.

4. Schedule J reflects an expense of $1,250.00 a month for food for a household of 3.  The Trustee requests clarification and verification of said monthly expense.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case,  Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: October 1, 2010                           DAVID BURCHARD_____
                                                 DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing

I, DENIZ BRIDGMAN, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

CRAIG R. BEMENT  
3045 STADIUM AVE  
NAPA, CA 94558  

DANIEL B. BECK  
BECK LAW, P.C.  
2681 CLEVELAND AVE.  
SANTA ROSA, CA 95403  

United States Trustee  
235 Pine Street, Suite 700  
San Francisco, CA 94104  

Dated: October 1, 2010

 DENIZ BRIDGMAN  
DENIZ BRIDGMAN (NSJ)