

IN THE UNITED STATES BANKRUPTCY COURT
Northern District of California

In RE: In Proceedings:
10-13416

Debtor (s).
Craig Bement

WITHDRAWAL OF CLAIM

Please withdraw our claim # 0008 filed on 01-03-2011 the amount of $8597.77. This claim was filed in error.

Creditor's Signature     /s/  Joyce Montjoy

Creditors Name & Address:

LVNV Funding, LLC
c/o Resurgent Capital Services
Po Box 10587
Greenville, SC 29603-0587

Date: May 16, 2011